**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

     Plaintiffs,

  v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:24-cv-01473

Judge Virginia M. Kendall

Magistrate Judge Sunil R. Harjani

## <u>NOTICE OF MOTION</u>

    **PLEASE TAKE NOTICE** that on Thursday, April 25, 2024, at 9:00 a.m., Plaintiffs, by

their counsel, shall appear in-person in Courtroom 2503, before the Honorable Virginia M. Kendall

of the U.S. District Court for the Northern District of Illinois, and present Plaintiffs' Motion for

Entry of Default Judgment against the Defendants Identified in the First Amended Schedule A.

DATED:  April 10, 2024

Respectfully submitted,

<u>/s/ Keith A. Vogt</u>
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFFS***

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on April 10, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified and provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.